| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   JJ Bada 464 Operating Corp.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   83-4476892

4. **Debtor's address**

   **Principal place of business**  
   464 Sylvan Ave  
   Englewood Cliffs, NJ 07632  
   Number, Street, City, State & ZIP Code

   Bergen  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  JJ Bada 464 Operating Corp.                                        Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor  JJ Bada 464 Operating Corp._____   Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | JJ Bada 464 Operating Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 31, 2025
              MM / DD / YYYY

**X** /s/   Brandon Park                              Brandon Park
Signature of authorized representative of debtor       Printed name

Title   President

---

**18. Signature of attorney**

**X** /s/ Rosemarie E. Matera                         Date   January 31, 2025
Signature of attorney for debtor                              MM / DD / YYYY

Rosemarie E. Matera
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone   (914) 401-9500     Email address   jcurley@kacllp.com

_____
Bar number and State

# United States Bankruptcy Court
## District of New Jersey

In re: JJ Bada 464 Operating Corp.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brandon Park | | 100% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 31, 2025

Signature: /s/ Brandon Park
Brandon Park

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re   JJ Bada 464 Operating Corp.                              Case No.
                        Debtor(s)                                Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   January 31, 2025                    /s/ Brandon Park
                                            Brandon Park/President
                                            Signer/Title

Auto-Chlor System
685 Gotham Parkway
Carlstadt, NJ 07072


Dong H Lee
460 Sylvan Avenue,
Englewood Cliffs, NJ 07632


Il Yeon Kwon
300 Chubb Ave
Lyndhurst, NJ 07071


Internal Revenue Service
7940 Kentucky Drive
Florence, KY 41042


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Interstate
300 Frank W Burr Blvd, Suite 39
Teaneck, NJ 07666


IRS
Dept of Treasury, IRS
Cincinnati, OH 45999


JP Link
40-24 235th Street
Little Neck, NY 11363


K2 Trading
320 Veterans Blvd
Carlstadt, NJ 07072


Kimm Law Firm
333 Sylvan Avenue, Suite 106
Englewood Cliffs, NJ 07632


Koryeo Internation Corp
55 Amity Street
Jersey City, NJ 07304


Kumsung Fisheries
504, 5F Noryangjin Fisheries Wholesale,


New Jersey Div of Taxation Bkcy Unit
3 John Fitch Way, 5th Flr
PO Box 245
Trenton, NJ 08695-0245

NJ Dept of Labor
Div of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379

NY Mutual Trading Inc.
77 Metro Way
Secaucus, NJ 07094

Office of the NJ Atty General Div of Law
Richard J Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112

Office of the US Trustee Region 3
One Newark Center
Newark, NJ 07102

Post Polak, P.A.
Attn: David L. Epstein
425 Eagle Rock Avenue, Suite 200
Roseland, NJ 07068

PSE&G
214 Hudson St
Hackensack, NJ 07601

Speedway
145-07 156th Street
Jamaica, NY 11434

True World Foods
32-34 Papetti Plaza
Elizabeth, NJ 07206

U.S Small Business Administration
Birmingham Loan Center
801 Tom Martin Drive
Birmingham, AL 35211

U.S Small Business Administration
New Jersey District Office)
Two Gateway Center, Suite 1002
Newark, NJ 07102

Yea J Realty LLC
300 Chubb Ave
Lyndhurst, NJ 07071

# United States Bankruptcy Court
## District of New Jersey

In re: JJ Bada 464 Operating Corp., Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  JJ Bada 464 Operating Corp.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 31, 2025
Date

/s/ Rosemarie E. Matera
Rosemarie E. Matera
Signature of Attorney or Litigant
Counsel for  JJ Bada 464 Operating Corp.
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500  Fax:
jcurley@kacllp.com

**United States Bankruptcy Court**
**District of New Jersey**

In re: JJ Bada 464 Operating Corp.
Debtor(s)

Case No.
Chapter: 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Brandon Park, declare under penalty of perjury that I am the President and sole shareholder of JJ Bada 464 Operating Corp, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 31st day of January, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brandon Park, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brandon Park, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brandon Park, President of this Corporation is authorized and directed to employ Julie Curley, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date: January 31, 2025

Signed: /s/ Brandon Park
Brandon Park

Resolution of Board of Directors
of
JJ Bada 464 Operating Corp

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brandon Park, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brandon Park, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brandon Park, President of this Corporation is authorized and directed to employ Julie Curley , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date   January 31, 2025          Signed   /s/ Brandon Park
                                          Brandon Park

Date   January 31, 2025          Signed   _____