| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KIRBY AISNER & CURLEY LLP<br>Rosemarie E. Matera, Esq. (RMatera@kacllp.com)<br>Julie Cvek Curley, Esq. (JCurley@kacllp.com)<br>*Admitted Pro Hac Vice*<br>700 Post Road, Suite 237<br>Scarsdale, New York 10583<br>Telephone: (914) 401-9500<br><br>*Attorneys for JJ Bada 464 Operating Corp.*<br>*Debtor and Debtor-in-Possession* | Order Filed on August 15, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In re: | Case No.: | 25-11078 |
| JJ BADA 464 OPERATING CORP., | Chapter: | 11 – Subchapter V |
| Debtor. | Judge: | Stacey L. Meisel |

### ORDER WITHDRAWING DEBTOR'S MOTION TO QUASH BANKRUPTCY RULE 2004 SUBPOENA AND WITHDRAWING SUBPOENA WITHOUT PREJUDICE

The relief set forth on the following page is **ORDERED**.

**DATED: August 15, 2025**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion dated June 26, 2025 (the "Motion", ECF No. 114) of JJ Bada 464 Operating Corp., the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, Kirby Aisner & Curley, LLP, for entry of an order pursuant to Rule 45(d) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable herein by Rule 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2004-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Rules"), quashing or modifying the Subpoena for Rule 2004 Examination (the "Subpoena") issued to the Debtor by Yea J. Realty, LLC; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this case and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing to be adequate and appropriate under the circumstances; and it appearing that the parties have agreed to the relief provided herein, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Motion and the Subpoena are both withdrawn without prejudice; and it is further

**ORDERED** that the Subpoena may be reinstated by Yea J. Realty, LLC by providing fourteen (14) day's advance, written notice to the Debtor; and it is further

**ORDERED** that the docketing of this Order following entry hereof by the Court shall be deemed to be sufficient notice to parties in interest.

4899-4855-0495, v. 1